J. J. CARSON v. J. R. BUNTING AND SOUTHERN OIL COMPANY.

(Filed 20 September, 1911.)

**Appeal and Error—Second Appeal—Former Decision—Form of Judgment Below.**

A former judgment of the Supreme Court will not be considered on another appeal from the Superior Court, and on this appeal the only question presented is whether the form of the judgment entered by the lower court is in conformity with the former opinion.

APPEAL by defendant from *O. H. Allen, J.,* at Spring Term, 1911, of TYRRELL.

The facts are sufficiently stated in the opinion of the Court by *Mr. Chief Justice Clark.*

*Jarvis & Blow and Harry Skinner for plaintiff.*
*Moore & Long for defendants.*

CLARK, C. J. This cause was decided at last term, *Carson v. Bunting,* 154 N. C., 530, in which we held that upon the pleadings and issues found the judgment ought to have been rendered for the plaintiff upon the second cause of action. The judge below, upon the certificate of the opinion of this Court, rendered judgment accordingly.

The defendant excepted to the judgment and appealed. This presents for our consideration only the form of the judgment rendered, which is in strict conformity with our opinion. The appeal is in fact, and the argument of the defendant is so based, upon the ground that the former judgment of this Court was erroneous. No other question is presented.

In *Roberts v. Baldwin*, 155 N. C., 276, *Allen, J.*, citing many cases, said: "It has been repeatedly decided that a judgment of this Court cannot be reviewed by a second appeal."

We need not discuss a decision which has been so repeatedly made.

Affirmed.